STEPHAN ET UX. *v.* STATE TAX COMMISSIONER OF DELAWARE.

No. 844.  Decided April 7, 1969.

*Edward J. Wilson,* Deputy Attorney General of Delaware, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

SOSZKA *v.* MANGANARO ET AL.

No. 857.  Decided April 7, 1969.

*Morris P. Skinner* for appellant.

*Stuart M. Cowan* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.